IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**STATE FARM FIRE AND CASUALTY COMPANY**
as subrogee of ROBERT MIDDLETON                                                **PLAINTIFF**

**VS.**                                                                                                 **CAUSE NO.:3:06cv591**

**NORCOLD, INC.**                                                                                **DEFENDANT**
_____

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**
_____

**UPON** motion *ore tenus* and agreement by the Plaintiff, State farm Fire and Casualty Company and Defendant, Norcold, Inc., to dismiss any and all claims made by the Plaintiff against Norcold, Inc., *with prejudice*, and the Court, being advised the above referenced parties have reached an accord and satisfaction, and therefore the above referenced Plaintiff desires to dismiss all claims that have been or could have been made herein against Norcold, Inc., finds that said motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this case is hereby dismissed *with prejudice* against Norcold, Inc., with each party to bear their own costs, expenses and attorneys fees.

**SO ORDERED AND ADJUDGED**, this the 25th day of October, 2007.


/s/ Tom S. Lee
**UNITED STATES DISTRICT COURT JUDGE**

402159.WPD

Agreed and Approved for Entry:


_____/s/ Jennifer S. Lee_____
JENNIFER S. LEE, MSB# 100860
Attorney for Plaintiff
WEBB, SANDERS, &  WILLIAMS, P.L.L.C.
363 North Broadway
Post Office Box 496
Tupelo, Mississippi 38802
(662) 844-2137
Email: jsl@webbsanders.com



_____/s/ David W. Stewart_____
DAVID W. STEWART, MSB# 9040
Attorneys for Defendant
BRYANT, DUKES & BLAKESLEE, P.L.L.C.
Post Office Box 10
Gulfport, Mississippi 39502
(228) 863-6100
Email: dstewart@bryantdukes.com

402159.WPD